UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF MICHIGAN

SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                                    Case No. 1:06-pt-11-01

v.                                                    Hon. Richard Alan Enslen

ROBERT DONZELL LUCKIE, III,

       Defendant.
                                       /

**ORDER APPROVING REPORT AND RECOMMENDATION**

       The court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C).

       **THEREFORE, IT IS ORDERED** that the Report and Recommendation of the Magistrate Judge, filed December 27, 2006, is approved and adopted as the opinion of the court.

       **IT IS FURTHER ORDERED** that a Judgment in a Criminal Case for revocation of supervised release shall issue consistent with the Report and Recommendation.


Dated in Kalamazoo, MI:                          /s/Richard Alan Enslen
January 16, 2007                                  Richard Alan Enslen
                                                         Senior United States District Judge