UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,

                                                CASE NO. 1:06-PT-11

v.

                                                HON. ROBERT HOLMES BELL

ROBERT DONZELL LUCKIE, III,

       Defendant.
                                           /

**ORDER CONDITIONALLY ADOPTING REPORT AND RECOMMENDATION**

       The Court has reviewed the Report and Recommendation filed by the United States Magistrate in this action.  The Report and Recommendation will be conditionally adopted by this Court pending the time period for filing objections to the report.

       **ACCORDINGLY, IT IS HEREBY ORDERED** that the defendant's terms and conditions of supervised release are amended to include:

> Defendant shall reside at the Community Alternatives Program ("CAP") for 30 days and shall abide by all rules and regulations of that facility.

DATED:  March 17, 2008          /s/ Robert Holmes Bell
                                                   ROBERT HOLMES BELL
                                                   CHIEF UNITED STATES DISTRICT JUDGE